UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSALEE V. ZARROW,

          Plaintiff,

    v.

EXPERIAN CREDIT BUREAU,

          Defendant.

Case No.  25-cv-08821-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR DISMISSAL**

Re: Dkt. No. 12

The Court has reviewed Magistrate Judge Cisneros' Report and Recommendation for Dismissal.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

IT IS HEREBY ORDERED that this case is dismissed for failure to prosecute and failure to comply with a court order.  The Clerk is directed to enter judgment in favor of Defendant Experian Credit Bureau and against Plaintiff Roselee V. Zarrow, and to close the file.

**IT IS SO ORDERED.**

Dated: April 1, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California